**MANDATE**

S.D.N.Y. – N.Y.C.
21-cv-8704
Gardephe. J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of November, two thousand twenty-one.

Present:
    Amalya L. Kearse,
    Raymond J. Lohier, Jr.,
    Eunice C. Lee,
        *Circuit Judges*.

---

In Re: Defcad, Inc.,

    *Petitioner*.

---

Defcad, Inc., Odysee User xYeezySZN, Defcad User xYeezySZN, The Gatalog, Defcad User Freeman1337, Twitter User xYeezySZN, Phillip Royster,

    *Petitioners*,

v.    21-2806

Everytown for Gun Safety Action Fund, Inc.,

    *Respondent*.

---

Petitioners seek a writ of mandamus and a stay of a discovery order pending decision on the mandamus petition. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that their right to the writ is clear and indisputable or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). It is further ORDERED that the stay motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/14/2021